# EXHIBIT A

**THE PILL CLUB LIQUIDATING TRUST**
**PAYMENTS MADE TO TWILIO INC. VIA BILL.COM**

| DATE | PAYER | INVOICE NO. | AMOUNT | TOTALS |
|---|---|---|---|---|
| 1/27/2023 | The Pill Club Holdings | AFZBBU-2022-12 | $27,127.54 | |
| 2/8/2023 | The Pill Club Holdings | INV00030219 | $26,655.00 | |
| | | | | |
| | | | TOTAL: | $53,782.54 |