DAVID W. PARHAM (SBN 15459500)
ESTHER A. MCKEAN (SBN 24122145)
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com
esther.mckean@akerman.com
**COUNSEL FOR THE LIQUIDATING
TRUSTEE, MARK SHAPIRO, OF
THE PILL CLUB LIQUIDATING TRUST**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In Re | Chapter 11 |
| THE PILL CLUB PHARMACY HOLDINGS, LLC, *et al.*, | Case No. 23-41090 (ELM) |
| Debtors. | (Jointly Administered) |
| THE PILL CLUB LIQUIDATING TRUST | |
| Plaintiff, | Adv. Pro. No. _____ |
| vs. | |
| TWILIO INC. | |
| Defendant. | |

### NOTICE OF APPEARANCE, REQUEST
### FOR NOTICE AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that the undersigned attorney appears for Plaintiff, The Pill Club Liquidating Trust ("Plaintiff") and requests that all notices given or required to be given in this proceeding, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

1

81005631;1

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Plaintiff is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

DATED: April 16, 2025  
Dallas, Texas

Respectfully submitted,

By: */s/ Esther McKean*  
Esther A. McKean (SBN 24122145)  
AKERMAN, LLP  
2001 Ross Avenue, Suite 3600  
Dallas, TX  75201  
Telephone:  (214) 720-4300  
esther.mckean@akerman.com

Counsel for the Liquidating Trustee

81005631;1