In Re: The Pill Club Liquidating Trust v. Twilio Inc.
Case No. 23-41090-elm11
Adv. No. 25-04066-elm

## SUMMONS SERVICE EXECUTED

I, Kathryn Odom

Of Akerman LLP

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 17th day of April, 2025, I served a copy of the Summons In An Adversary Proceeding, together with the Complaint with Exhibit A, Notice of Appearance, Request for Notice and Reservation of Rights and Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order filed in this proceeding, on the Defendant, Twilio Inc., by Federal Express and U.S. Mail as follows:

Twilio Inc.
Corporation Service Company, Registered Agent
251 Little Falls Drive
Wilmington, DE  19808

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2025            _(Signature)_
        _(Date)_

Kathryn B. Odom

420 S. Orange Ave., Suite 1200, Orlando, FL 32801
_State mailing address_

81027295;1